UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FIRST BANK, an Alaska state chartered bank,<br><br>    Plaintiff,<br>  v.<br>EXODUS, Official No. 960616, its Engines, Machinery, Appurtenances, etc.,<br>*In Rem*;<br>and<br>FRED J. HANKINS, an individual, and F.J. HANKINS ENTERPRISES, INC., an Alaska corporation,<br>*In Personam*,<br>    Defendants. | IN ADMIRALTY<br><br>Case No.:   C21-5412JLR<br><br><br><br>ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT |

Upon the Motion of Plaintiff and after the review of the record and files herein, and finding that probable cause for vessel arrest exists, it is

ORDERED that the Clerk shall issue a warrant for the arrest of the defendant vessel EXODUS, Official No. 960616, its engines, machinery, appurtenances, etc. It is further

ORDERED that the arrest of the Vessel and its appurtenances shall proceed in such steps and phases as deemed reasonably appropriate under the circumstances by the United States Marshal for this District and the Substitute Custodian appointed in connection herewith, which may require movement of the Vessel.

ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT - 1
Case No. C21-5412JLR

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

7351
31744

SO ORDERED this 2nd day of June, 2021.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiff

 s/ Lafcadio Darling
Lafcadio Darling, WSBA #29996
 s/ John E. Casperson
John E. Casperson, WSBA #14292
3101 Western Avenue, Ste. 500
Seattle, Washington 98121-3071
Telephone:    (206) 292-8008
Facsimile:    (206) 340-0289
Email:  ldarling@hwb-law.com

ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT - 2 Case No.  C21-5412JLR

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA  98121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

7351
31744